# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# DETROIT OFFICE

| | | |
|---|---|---|
| BRIAN MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-cv-10543-BAF-DRG |
| | ) | |
| v. | ) | Judge Bernard A. Friedman |
| | ) | Magistrate Judge David R. Grand |
| FIRST PREMIER BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed without prejudice.

2. The parties, by agreement, respectfully request that this case be dismissed without prejudice and without costs to any party.

**Date:** February 7, 2018

| **For Plaintiff, Brian Moore** | **For Defendant, First Premier Bank, N.A.** |
|---|---|
| s/ David M. Marco | s/ Charity A. Olson |
| SMITHMARCO, P.C. | Brock & Scott, PLLC |
| 55 W. Monroe Street, Suite 1200 | 2723 S. State St., Ste. 150 |
| Chicago, IL 60603 | Ann Arbor, MI 48104 |
| Telephone:   (312) 546-6539 | Telephone:   (734) 222-5179 |
| Facsimile:   (888) 418-1277 | Facsimile:   (866) 941-8712 |
| E-mail:   dmarco@smithmarco.com | E-mail:   Charity.Olson@brockandscott.com |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### DETROIT OFFICE

| | | |
|---|---|---|
| BRIAN MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-cv-10543-BAF-DRG |
| | ) | |
| v. | ) | Judge Bernard A. Friedman |
| | ) | Magistrate Judge David R. Grand |
| FIRST PREMIER BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

At the request of the Parties, a stipulation having been duly filed, this matter is hereby dismissed without prejudice and without costs to either party.

**IT IS SO ORDERED.**


Dated: February 15, 2018　　　　　　　s/Bernard A. Friedman
　　　　Detroit, Michigan　　　　　　　BERNARD A. FRIEDMAN
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 15, 2018.

　　　　　　　　　　　　　　　　　　　s/Johnetta M. Curry-Williams
　　　　　　　　　　　　　　　　　　　Case Manager